JS 44 (Rev. 4-29-21)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Ziyao Jiang-- 5628 138TH ST, Flushing, NY 11355

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

## DEFENDANTS
Central Government of China; Ministry of Public Security of China

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)* Morrison, J ; Bloom, MJ

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*
- [ ] 1 U.S. Government Plaintiff
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

Does this action include a motion for temporary restraining order or order to show cause? Yes [ ]  No [✓]

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | 625 Drug Related Seizure of Property 21 USC 881 | 422 Appeal 28 USC 158 | 375 False Claims Act |
| 120 Marine | 310 Airplane / 365 Personal Injury - Product Liability | 690 Other | 423 Withdrawal 28 USC 157 | 376 Qui Tam (31 USC 3729(a)) |
| 130 Miller Act | 315 Airplane Product Liability / 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **PROPERTY RIGHTS** | 400 State Reapportionment |
| 140 Negotiable Instrument | 320 Assault, Libel & Slander | | 820 Copyrights | 410 Antitrust |
| 150 Recovery of Overpayment & Enforcement of Judgment | 330 Federal Employers' Liability / 368 Asbestos Personal Injury Product Liability | | 830 Patent | 430 Banks and Banking |
| 151 Medicare Act | 340 Marine | | 835 Patent - Abbreviated New Drug Application | 450 Commerce |
| 152 Recovery of Defaulted Student Loans (Excludes Veterans) | 345 Marine Product Liability | | 840 Trademark | 460 Deportation |
| 153 Recovery of Overpayment of Veteran's Benefits | 350 Motor Vehicle / **PERSONAL PROPERTY** / 370 Other Fraud | **LABOR** | 880 Defend Trade Secrets Act of 2016 | 470 Racketeer Influenced and Corrupt Organizations |
| 160 Stockholders' Suits | 355 Motor Vehicle Product Liability / 371 Truth in Lending | 710 Fair Labor Standards Act | | 480 Consumer Credit (15 USC 1681 or 1692) |
| 190 Other Contract | 360 Other Personal Injury / 380 Other Personal Property Damage | 720 Labor/Management Relations | **SOCIAL SECURITY** | 485 Telephone Consumer Protection Act |
| 195 Contract Product Liability | 362 Personal Injury - Medical Malpractice / 385 Property Damage Product Liability | 740 Railway Labor Act | 861 HIA (1395ff) | 490 Cable/Sat TV |
| 196 Franchise | | 751 Family and Medical Leave Act | 862 Black Lung (923) | 850 Securities/Commodities/Exchange |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | 790 Other Labor Litigation | 863 DIWC/DIWW (405(g)) | 890 Other Statutory Actions |
| 210 Land Condemnation | [X] 440 Other Civil Rights / Habeas Corpus: | 791 Employee Retirement Income Security Act | 864 SSID Title XVI | 891 Agricultural Acts |
| 220 Foreclosure | 441 Voting / 463 Alien Detainee | | 865 RSI (405(g)) | 893 Environmental Matters |
| 230 Rent Lease & Ejectment | 442 Employment / 510 Motions to Vacate Sentence | | **FEDERAL TAX SUITS** | 895 Freedom of Information Act |
| 240 Torts to Land | 443 Housing/ Accommodations / 530 General | | 870 Taxes (U.S. Plaintiff or Defendant) | 896 Arbitration |
| 245 Tort Product Liability | 445 Amer. w/Disabilities - Employment / 535 Death Penalty | | 871 IRS—Third Party 26 USC 7609 | 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| 290 All Other Real Property | 446 Amer. w/Disabilities - Other / Other: 540 Mandamus & Other | **IMMIGRATION** 462 Naturalization Application | | 950 Constitutionality of State Statutes |
| | 448 Education / 550 Civil Rights | 465 Other Immigration Actions | | |
| | 555 Prison Condition | | | |
| | 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*
- [ ] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity):*
48 U.S.C § 1983

Brief description of cause:
Civil Rights Complaint

## VII. REQUESTED IN COMPLAINT:
[ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND: [ ] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE NRM-LB    DOCKET NUMBER Please see attached.

DATE: 12/20/2024

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP YES   JUDGE Morrison   MAG. JUDGE Bloom

# Select A Case

**Ziyao Jiang is a plaintiff in 48 cases.**

| | | | |
|---|---|---|---|
| 1:24-cv-00889-NRM-LB | Jiang v. Du et al | filed 02/02/24 | closed 08/29/24 |
| 1:24-cv-02447-NRM-LB | Jiang v. Consulate General of the People's Republic of China in New York | filed 03/29/24 | |
| 1:24-cv-02892-NRM-LB | Jiang v. Dollar Tree Store 3445 Francis Lewis Blvd et al | filed 04/16/24 | |
| 1:24-cv-02894-NRM-LB | Jiang v. NY Fantuan Inc. et al | filed 04/16/24 | |
| 1:24-cv-03030-NRM-LB | Jiang v. Headquarter of International Criminal Police Organization | filed 04/22/24 | |
| 1:24-cv-03558-NRM-LB | Jiang v. China Southern Airline Company Limited; et al | filed 05/14/24 | |
| 1:24-cv-03715-NRM-LB | Jiang v. Wang et al | filed 05/21/24 | |
| 1:24-cv-03717-NRM-LB | Jiang v. Ministry of Public Security of P.R. China | filed 05/21/24 | |
| 1:24-cv-03926-NRM-LB | Jiang v. GW Security, Inc. | filed 05/21/24 | |
| 1:24-cv-03929-NRM-LB | Jiang v. Baise University et al | filed 05/21/24 | |
| 1:24-cv-04022-NRM-LB | Jiang v. Ministry of Public Security of P.R. China et al | filed 05/31/24 | |
| 1:24-cv-04304-NRM-LB | Jiang v. Blue Sky Adult Day Care | filed 06/13/24 | |

| 1:24-cv-04473-NRM-LB | Jiang v. Ministry of Culture and Tourism of P.R. China et al | filed 06/20/24 |
| 1:24-cv-04906-NRM-LB | Jiang v. King Wok 1688 Chinese Food Inc. | filed 07/15/24 |
| 1:24-cv-05051-NRM-LB | Jiang v. Central Government of P.R. China Council et al | filed 07/16/24 |
| 1:24-cv-05101-NRM-LB | Jiang v. Central Government of P.R. China et al | filed 07/18/24 |
| 1:24-cv-05191-NRM-LB | Jiang v. Burlington Stores, Inc. et al | filed 07/22/24 |
| 1:24-cv-05672-NRM-LB | Jiang v. Central Govenment of China et al | filed 08/16/24 |
| 1:24-cv-06321-NRM-LB | Jiang v. Central Government of China et al | filed 09/09/24 |
| 1:24-cv-06322-NRM-LB | Jiang v. Queens Hospital Center et al | filed 09/09/24 |
| 1:24-cv-06324-NRM-LB | Jiang v. Allied Universal | filed 09/09/24 |
| 1:24-cv-06325-NRM-LB | Jiang v. Queens Public Library at Flushing et al | filed 09/09/24 |
| 1:24-cv-06463-NRM-LB | Jiang v. Central Govenment of China et al | filed 09/11/24 |
| 1:24-cv-06465-NRM-LB | Jiang v. Central Government of China et al | filed 09/11/24 |
| 1:24-cv-06499-NRM-LB | Jiang v. www.nychinaren.com | filed 09/16/24 |

| 1:24-cv-06500-NRM-LB | Jiang v. Central Government of China et al | filed 09/16/24 |
|---|---|---|
| 1:24-cv-06501-NRM-LB | Jiang v. Central Government of China et al | filed 09/16/24 |
| 1:24-cv-06502-NRM-LB | Jiang v. Central Government of China et al | filed 09/16/24 |
| 1:24-cv-06503-NRM-LB | Jiang v. Central Government of P.R.China et al | filed 09/16/24 |
| 1:24-cv-06505-NRM-LB | Jiang v. Industrial and Commercial Bank of China et al | filed 09/16/24 |
| 1:24-cv-06705-NRM-LB | Jiang v. Central Government of P.R. China et al | filed 09/23/24 |
| 1:24-cv-06707-NRM-LB | Jiang v Central Government of China et al | filed 09/23/24 |
| 1:24-cv-06710-NRM-LB | Jiang v. Dongsheng et al | filed 09/23/24 |
| 1:24-cv-06713-NRM-LB | Jiang v. Mo | filed 09/23/24 |
| 1:24-cv-06783-NRM-LB | Jiang v. World Journal | filed 09/23/24 |
| 1:24-cv-06795-NRM-LB | Jiang v. GW Security, Inc. | filed 09/11/24 |
| 1:24-cv-06939-NRM-LB | Jiang v. Central Government of China et al | filed 09/27/24 |
| 1:24-cv-06941-NRM-LB | Jiang v. Amazon.com et al | filed 09/27/24 |
| 1:24-cv-06942-NRM-LB | Jiang v. Paris Baguette | filed 09/27/24 |

| | | |
|---|---|---|
| 1:24-cv-06943-NRM-LB | Jiang v. Tik Tok PTE, Ltd. | filed 09/27/24 |
| 1:24-cv-07227-NRM-LB | Jiang v. Central Government of P.R. China et al | filed 10/07/24 |
| 1:24-cv-07257-NRM-LB | Jiang v. Central Government of China et al | filed 10/07/24 |
| 1:24-cv-07258-NRM-LB | Jiang v. Costco Wholesale | filed 10/07/24 |
| 1:24-cv-07613-NRM-LB | Jiang v. Central Government of China et al | filed 10/23/24 |
| 1:24-cv-07614-NRM-LB | Jiang v. Flushing Hospital Medical Center | filed 10/28/24 |
| 1:24-cv-08492-NRM-LB | Jiang v. Central Government of P.R. China et al | filed 12/11/24 |
| 1:24-cv-08494-NRM-LB | Jiang v. Central Government of China et al | filed 12/11/24 |
| 1:24-cv-08502-NRM-LB | Jiang v. Consulate General of the People's Republic of China in New York et al | filed 12/11/24 |

## CERTIFICATION OF ARBITRATION ELIGIBILITY

Local Arbitration Rule 83.7 provides that with certain exceptions, actions seeking money damages only in an amount not in excess of $150,000, exclusive of interest and costs, are eligible for compulsory arbitration. The amount of damages is presumed to be below the threshold amount unless a certification to the contrary is filed.

Case is Eligible for Arbitration ☐

I, _____, counsel for _____, do hereby certify that the above captioned civil action is ineligible for compulsory arbitration for the following reason(s):

☐ monetary damages sought are in excess of $150,000, exclusive of interest and costs,

☐ the complaint seeks injunctive relief,

☐ the matter is otherwise ineligible for the following reason

### DISCLOSURE STATEMENT - FEDERAL RULES CIVIL PROCEDURE 7.1

Identify any parent corporation and any publicly held corporation that owns 10% or more or its stocks:

### RELATED CASE STATEMENT (Section VIII on the Front of this Form)

Please list all cases that are arguably related pursuant to Division of Business Rule 50.3.1 in Section VIII on the front of this form. Rule 50.3.1 (a) provides that "A civil case is "related" to another civil case for purposes of this guideline when, because of the similarity of facts and legal issues or because the cases arise from the same transactions or events, a substantial saving of judicial resources is likely to result from assigning both cases to the same judge and magistrate judge." Rule 50.3.1 (b) provides that " A civil case shall not be deemed "related" to another civil case merely because the civil case: (A) involves identical legal issues, or (B) involves the same parties." Rule 50.3.1 (c) further provides that "Presumptively, and subject to the power of a judge to determine otherwise pursuant to paragraph (d), civil cases shall not be deemed to be "related" unless both cases are still pending before the court."

## NY-E DIVISION OF BUSINESS RULE 1(c)

1.) Is the civil action being filed in the Eastern District removed from a New York State Court located in Nassau or Suffolk County?   ☐ Yes   ☐ No

2.) If you answered "no" above:
a) Did the events or omissions giving rise to the claim or claims, or a substantial part thereof, occur in Nassau or Suffolk County?   ☐ Yes   ☐ No

b) Did the events or omissions giving rise to the claim or claims, or a substantial part thereof, occur in the Eastern District?   ☐ Yes   ☐ No

c) If this is a Fair Debt Collection Practice Act case, specify the County in which the offending communication was received:

If your answer to question 2 (b) is "No," does the defendant (or a majority of the defendants, if there is more than one) reside in Nassau or Suffolk County, or, in an interpleader action, does the claimant (or a majority of the claimants, if there is more than one) reside in Nassau or Suffolk County?   ☐ Yes   ☐ No
(Note: A corporation shall be considered a resident of the County in which it has the most significant contacts).

### BAR ADMISSION

I am currently admitted in the Eastern District of New York and currently a member in good standing of the bar of this court.
☐ Yes   ☐ No

Are you currently the subject of any disciplinary action (s) in this or any other state or federal court?
☐ Yes   (If yes, please explain)   ☐ No

I certify the accuracy of all information provided above.

**Signature:** _____

Last Modified: 11/27/2017